## Richard Grill, a minor, by Joseph Grill, his father and next friend, Appellant, v. Joyce Bradley, Appellee.

Gen. No. 47,621.

First District, First Division.

September 14, 1959.

Released for publication October 19, 1959.

George F. Kruse (Harold S. Iglow, of counsel) for appellant; Beverly and Pause (Frank J. Pause, of counsel) for appellee. Opinion by PRESIDING JUSTICE DEMPSEY. **Not to be published in full.**